# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1572
Lower Tribunal No. 2003-CF-014243-A-O

_____

LORENZO M. WILLIAMS,

Appellant,
v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Renee A. Roche, Judge.

August 9, 2024

PER CURIAM.

AFFIRMED. *See Maye v. State*, 368 So. 3d 531 (Fla. 6th DCA 2023), *review granted*, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).[1]

STARGEL, SMITH and MIZE, JJ., concur.


Lorenzo M. Williams, Crestview, pro se.

Ashley Moody, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

_____

[1] This case was transferred from the Fifth District Court of Appeal to this Court on January 1, 2023.